**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10067-STA |
| PHILLIP STEELY, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on March 9, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Phillip Steely, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, June 18, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 9th day of March, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT